IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>GUILLERMINA LOZADA PEREZ<br><br>DEBTOR(S) | CASE NO. 11-04298-BKT<br><br>CHAPTER 13 |

## NOTICE OF FILING OF AMENDED SCHEDULE "C"

TO THE HONORABLE COURT:

**COMES NOW, GUILLERMINA LOZADA PEREZ** debtor in the above captioned case, through the undersigned attorney, and respectfully state and pray as follow:

1. Debtor respectfully submit amended Schedule "C" *to take the correct exemption.*

2. Attached to this motion debtor respectfully submit Amended Schedule "C".

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee, Jose R. Carrion, Esq.; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Guillermina Lozada Perez, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 28th day of June, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0186
TEL NO (787)744-7699
FAX NO (787)746-5294
EMAIL: rfc.rfclaw@gmail.com

IN RE LOZADA PEREZ, GUILLERMINA  Case No. 11-04298-13
Debtor(s) (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Residential property located at Urb. Villa Criollo, F8 Guama St., Caguas, Puerto Rico. This property consists of three (3) bedrooms, one (1) bathroom, living room, dining room, kitchen and garage. Debtor has 50% interest, other 50% is owned by debtor's daughter. Value: $110,000. less mortgage $70,601. = $39,399. /2 = $19,699. | 11 USC § 522(d)(1) | 19,699.00 | 19,699.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Misc. Household Goods and Furnishings consisting of: Living Room, Dining Room, Refrigerator, Stove, Oven, Washer Machine, Clothes Dryer, Misc. Cooking Utensils, 3 Bedroom Sets, TV, DVD, Stereo, Computer, Digital Camera. | 11 USC § 522(d)(3) | 409.00 | 1,500.00 |
| Clothes and personal effects | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Miscellaneus used jewerly | 11 USC § 522(d)(4) | 400.00 | 400.00 |
| Inheritance property - Sucn. Juan Lozada and Sucn. Petra Perez Cabezudo composed of 6 heirs; residential property located at Rincon Ward in Gurabo, Puerto Rico. Consists of 3 bedrooms, 1 bathroom, kitchen, living room, dining rooms, balcony. Valued at $80,000. less liquidation costs (15%) = $68,000. /6 = $11,333. | 11 USC § 522(d)(5) | 1,926.00 | 11,333.00 |
| 2004 Nissan Sentra Mileage: 9,000 | 11 USC § 522(d)(2) 11 USC § 522(d)(5) | 3,450.00 1,150.00 | 6,480.00 |

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **LOZADA PEREZ, GUILLERMINA**      Case No. **11-04298-13**
        Debtor(s)                                                                      (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 28, 2011**      Signature: **/s/ GUILLERMINA LOZADA PEREZ**
                                                     **GUILLERMINA LOZADA PEREZ**      Debtor

Date: _____      Signature: _____
                                                                                                                      (Joint Debtor, if any)
                                                                                          [If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.