IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 11-04298-BKT |
| GUILLERMINA LOZADA PEREZ | |
| DEBTOR(S) | CHAPTER 13 |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COMES, **GUILLERMINA LOZADA PEREZ,** through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting an amended Plan dated August 5, 2011, herewith and attached to this motion.

2. This amended Chapter 13 Plan is filed to increase the Plan base to cure the "insufficiently funded".

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Guillermina Lozada Perez; and to all creditors and parties in interest in the present case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 5th day of August, 2011.

/s/ *Roberto Figueroa-Carrasquillo*
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfc.rfclaw@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                  Case No. **11-04298-13**

**LOZADA PEREZ, GUILLERMINA**                                                           Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                                     ☑ AMENDED PLAN DATED: **8/05/2011**
☐ PRE ☐ POST-CONFIRMATION                                   Filed by: ☑ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **250.00** x **12** = $ **3,000.00**<br>$ **270.00** x **48** = $ **12,960.00**<br>$ ____ x ____ = $ ____<br>$ ____ x ____ = $ ____<br>$ ____ x ____ = $ ____<br><br>TOTAL: $ **15,960.00**<br><br>Additional Payments:<br>$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:<br>☐ Sale of Property identified as follows:<br>_____<br>_____<br>☐ Other:<br>_____<br>_____<br>Periodic Payments to be made other than, and in addition to the above:<br>$ ____ x ____ = $ ____<br><br>PROPOSED BASE: $ **15,960.00** | A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☑ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☐ Trustee pays secured ARREARS:<br>Cr. ____ Cr. ____ Cr. ____<br># ____ # ____ # ____<br>$ ____ $ ____ $ ____<br>2. ☑ Trustee pays IN FULL Secured Claims:<br>Cr. **MUEBLERIA BERRIC** Cr. ____ Cr. ____<br># **509146603** # ____ # ____<br>$ **848.73** $ ____ $ ____<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. ____ Cr. ____ Cr. ____<br># ____ # ____ # ____<br>$ ____ $ ____ $ ____<br>4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:<br>_____<br>5. ☐ Other:<br>_____<br>6. ☑ Debtor otherwise maintains regular payments directly to:<br>**BANCO POPULAR D**<br>C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. |
| **III. ATTORNEY'S FEES**<br>(Treated as § 507 Priorities)<br><br>Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,904.00** | 1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: ____<br>☐ Paid 100% / ☐ Other: ____<br>Cr. ____ Cr. ____ Cr. ____<br># ____ # ____ # ____<br>$ ____ $ ____ $ ____<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| Signed: **/s/ GUILLERMINA LOZADA PEREZ**<br>Debtor<br><br><br>_____<br>Joint Debtor | OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*<br>LV-$10,288.00<br>* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."<br>Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Mueblerias Berrios thru the Trustee in the sum $20.00 per month for the next eight months or until confirmation.<br>*Or as otherwise specified on proof of claim.<br>Late filed claims filed by creditors will receive no distribution.<br><br>Debtor reserves the right to object claims after plan confirmation. |

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**                    Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

LOZADA PEREZ, GUILLERMINA
URB VILLA CRIOLLO
F8 GUAMA STREET
CAGUAS, PR  00725

JC PENNEY
PO BOX 364788
SAN JUAN, PR  00936-4788

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR  00739-0674

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

SAMS
PO BOX 105980 DEPT 77
ATLANTA, GA  30353-5980

CITIFINANCIAL PLUS
PO BOX 499
HANOVER, MD  21076

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117

DPTO DE TRANSPORTACION Y OBRAS
PUBLICAS
BOX 41269
SAN JUAN, PR  00940-1269

WCCB/HSN
995 W 122ND AVE
WESTMINSTER, CO  80234

FIA CITI CARD
PO BOX 17054
WILMINGTON, DE  19850

WFNNB/VICTORIAS SECRET
PO BOX 182128
COLUMBUS, OH  43218

FIA CSNA
4060 OGLETOWN/STAN
NEWARK, DE  19713

GEMB/QVC
PO BOX 971402
EL PASO, TX  79997

HOME DEPOT
PO BOX 103108
ROSWELL, GA  30076-9108

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369